# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA ABADIE

VERSUS

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY,
GEORGE SMITH, INDIVIDUALLY
AND IN THE PROCEDURAL
CAPACITY OF HIS MINOR SON,
HUNTER SMITH

NO.   2021 CW 0173

**MAY 10, 2021**

---

In Re:     Louisiana Farm Bureau Casualty Insurance Company, and
George Smith, individually and in the procedural
capacity of his minor son, Hunter Smith, applying for
supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 20180000455.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** Defendants, Louisiana Farm Bureau Casualty
Insurance Company and George Smith, individually and in the
procedural capacity of his minor son, Hunter Smith, agreed on
the record with the plaintiff, Patricia Abadie, to an audio
video recording of the additional medical
examination. Therefore, the trial court did not err in denying
defendants' motion to reconsider.

**GH**

**AHP**

**McDonald, J.,** dissents and would grant the writ. The
additional medical examination should be conducted without the
presence of any audio and/or video recording.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT